IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. _____ |
| | : | |
| GARY JAMES HARMON, | : | **FILED UNDER SEAL** |
| | : | |
| Defendant. | : | |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal the Indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment, this Motion to Seal, any Order granting the motion to seal, as well as all other pleadings, proceedings, records and files in this case are sealed until the arrest warrant is executed.

2.  IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the Indictment, this Motion to Seal, any Order granting the motion to seal, as well as all other pleadings, proceedings, records and files in this case, until the arrest warrant is executed.

Date:

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
