AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-cr-00433 |
|  | ) Assigned to: Chief Judge Beryl A. Howell |
|  | ) Assign Date: 6/28/2021 |
|  | ) Description: INDICTMENT (B) |
| GARY JAMES HARMON | ) Related Case No: 19-cr-00395 (BAH) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GARY JAMES HARMON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Money Laundering, in violation of 18 U.S.C. 1956(a)(1)(B)(i)
Obstruction of an Official Proceeding, in violation of 18 U.S.C. 1512(c)(2)
Removal of Property To Prevent Seizure, in violation of 18 U.S.C. 2232(a)

Forfeiture: 18 U.S.C. 981(a)(1)(C), 982(a)(1); 21 U.S.C. 853(p); 28 U.S.C. 2461(c)

Date: 06/28/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.28 16:23:38 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/28/21, and the person was arrested on *(date)* 7/28/21
at *(city and state)* CLEVELAND, OHIO

Date: 7/28/21

*Arresting officer's signature*

JAMES A. ROHLS, JR.   SPECIAL AGENT, FBI
*Printed name and title*