# Exhibit A

Case: 1:21-cr-00433-BAH Document 10-1 Filed: 08/24/21 Page 2 of 12
Case: 5:20-mj-01030-KBB Doc #: 13 Filed: 02/25/20 1 of 95. PageID #: 53

1

```
 1                  UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3

 4    UNITED STATES OF AMERICA,

 5              Plaintiff,           Case No. 5:20MJ1030
                                     Akron, Ohio
 6         vs.                       Tuesday, February 11, 2020
                                     3:09 p.m.
 7    LARRY DEAN HARMON,

 8              Defendant.

 9

10           TRANSCRIPT OF IDENTITY/DETENTION HEARING
             BEFORE THE HONORABLE KATHLEEN B. BURKE
11                UNITED STATES MAGISTRATE JUDGE

12
      APPEARANCES:
13
      For the Government:  Daniel J. Riedl
14                         Office of the U.S. Attorney - Cleveland
                           Carl B. Stokes U.S. Courthouse
15                         801 Superior Avenue, West, Suite 400
                           Cleveland, Ohio 44113
16                         (216) 622-3600

17                         Christopher B. Brown
                           Office of the U.S. Attorney - DC
18
      For the Defendant:   Charles Flood
19                         Flood & Flood Law Office
                           914 Preston at Main, Suite 800
20                         Houston, Texas 77002
                           (713) 223-8877
21
      Court Reporter:      Caroline Mahnke, RMR, CRR, CRC
22                         Federal Building & U.S. Courthouse
                           2 South Main Street, Suite 568
23                         Akron, Ohio 44308
                           (330) 252-6021
24

25    Proceedings recorded by ECRO; transcript produced by
      computer-aided transcription.
```

Case 1:21-cr-00433-BAH Document 10-1 Filed 08/24/21 Page 3 of 12
Case 5:20-mj-01050-KBB Doc #: 13 Filed: 02/25/20 35 of 95. PageID #: 87

35

1          THE COURT:  Okay.  Thank you.
2    BY MR. RIEDL:
3    Q.   And then the third annotation, "TorAds Admin Tab."
4    Can you describe that?
5    A.   So TorAds was a banner advertising service that was
6    provided by Grams.  So this is another link to Grams and a
7    link to Larry Harmon.
8    Q.   And then we've already covered Government's Exhibit
9    10.  So we'll skip then to Government's Exhibit 11, please.
10   A.   Government's Exhibit 11 was obtained, again, through
11   the search warrants at Google.  This was part of documents
12   that were stored in Larry Harmon's Google Drive account.
13        This shows cash in cryptocurrencies, and at the
14   bottom, the total gives a total of 56,939,610 in bitcoin and
15   U.S. dollars.
16   Q.   So to be clear, did the IRS create this chart?
17   A.   No.
18   Q.   Who created -- well, where was it found?
19   A.   This was found in Larry Harmon's Google Drive.
20   Q.   And it lists a total of almost $57,000,000 equivalent.
21   But then to the right of that, what are those columns to the
22   right of the United States dollar column?
23   A.   Bitcoin.
24   Q.   So you're looking at the very top line of the third
25   column; is that right?

1  A.  Correct.
2  Q.  It says "BTC." Why do you say that that's bitcoin?
3  A.  That's the abbreviation for bitcoin.
4  Q.  So just like United States dollars is commonly abbreviated as "USD," do cryptocurrencies also have three-letter abbreviations?
7  A.  Yes, they do.
8  Q.  Okay. And so the next one, "ETH," what is that?
9  A.  That stands for ethereum.
10 Q.  Is that is also a cryptocurrency?
11 A.  Yes, it is.
12 Q.  And "BCH"?
13 A.  Bitcoin cash.
14 Q.  And "BTG"?
15 A.  Bitcoin gold.
16 Q.  And then on the first column on the far left, it says "Location."
18     Can you tell us what you believe this means based on the investigation done to date?
20 A.  So this -- I believe this means where this either bitcoin or cash is being stored.
22 Q.  And it lists a number of computers. And then lower down it says T-R-E-Z-O-R, Trezor.
24     What is a Trezor? Are you familiar with what a Trezor is?

Case 1:21-cr-00433-BAH Document 10-1 Filed 08/24/21 Page 5 of 12
Case 5:20-mj-01030-KBB Doc #: 13 Filed: 02/25/20 37 of 95. PageID #: 89

37

1    A.    Yes.

2    Q.    What is it?

3    A.    It's what we call -- or what's called a hardware
4 wallet. It is used to store bitcoin offline. It helps to
5 mitigate losing your bitcoin.

6         So if you stored bitcoin on a computer that was
7 attached to the Internet, there is a possibility that
8 computer could get hacked and your bitcoin could be stolen.

9         If you store it on a Trezor, which is like a hard
10 drive, like a thumb drive type looking device, you can store
11 that off the Internet, offline, and you're not -- bad guys
12 are not able to hack into it and steal your bitcoin.

13    Q.    So if I store a lot of bitcoin -- so here one of these
14 Trezors claims to have $31 million worth of bitcoin.

15         If I store that much money or bitcoin on a Trezor and
16 then my house burns down or someone steals the Trezor, have
17 I lost that money forever?

18    A.    Potentially, but there are backups to Trezors.

19    Q.    Could you describe how that works?

20    A.    So it works, when you set up your Trezor, the software
21 gives what you are called seed keys. And normally with
22 Trezors those are 24 words that are used in the event that
23 you lose your Trezor.

24         So you are instructed to write those down, write those
25 seed keys down in order, and you're even quizzed on it. At

Case: 1:21-cr-00433-BAH Document 10-1 Filed 08/24/21 Page 6 of 12
Case 5:20-mj-01030-KBB Doc #: 13 Filed: 02/25/20 38 of 95. PageID #: 90

38

1    the end they will tell you, tell me what seed key number 11
2    was. And you have to tell it what it was in order for it to
3    work.
4         So you write those down, and you store those somewhere
5    away from your Trezor in case it's stolen or the house burns
6    down.
7    Q.   Would it also be possible to memorize those seed keys?
8    A.   Yes.
9    Q.   And if I have memorized my seed keys and someone
10   steals my Trezor or my house burns down, what would I do to
11   get my money back?
12   A.   You just get another Trezor, load the seed keys into
13   that Trezor, and now you have access to your bitcoin.
14   Q.   And you said it also -- the software instructs you to
15   write that down. Is there a limit to how many copies you
16   can make of that?
17   A.   No.
18   Q.   Can you store that anywhere on the Internet, those
19   words?
20   A.   You can, yes.
21   Q.   Is there anything special about those words, or are
22   they just random words that the software picks for you?
23   A.   They're random words. They're taken from a set of
24   known words, though.
25   Q.   When was this document last edited? Does Google Drive

1  tell you when the document was last edited?
2  A.  Yes, it does.
3  Q.  When was this exact document last edited?
4  A.  October 18, 2018.
5  Q.  Thank you.
6     So we've already reviewed Government's Exhibit 12, 13,
7  and 14.
8     I'm sorry.  We have not reviewed 13, but we'll come
9  back to that.
10    I would like to skip to 15, please.
11    Do you recognize Government's Exhibit 15?
12 A.  Yes, I do.
13 Q.  What is that?
14 A.  So this is a Trezor that I found during the search
15 warrant that was taped underneath the desk on the second
16 floor, or on the -- in the HWI business suite.
17 Q.  And we'll talk about that search warrant in more
18 detail.
19         THE COURT:  I'm sorry.  You just said this was
20 taped under the desk where?
21         THE WITNESS:  In HWI.
22 BY MR. RIEDL:
23 Q.  Which stands for?
24 A.  Harmon Web Innovations.
25         THE COURT:  Okay.

Case: 1:21-cr-00433-BAH Document 10-1 Filed 08/24/21 Page 8 of 12
Case: 5:20-mj-01030-KBB Doc #: 13 Filed: 02/25/20 40 of 95. PageID #: 92

40

1    BY MR. RIEDL:
2    Q.    So during the search of the Harmon Web Innovations
3    place of business, did you participate in that search?
4    A.    Yes, I did.
5    Q.    And was this one of the items that you located?
6    A.    Yes, it is.
7    Q.    And you said this is a Trezor like you just described,
8    capable of containing cryptocurrency?
9    A.    Yes, it is.
10   Q.    And it was specifically found in what state, or where
11   was it recovered?
12   A.    It was underneath a desk, taped or attached to the
13   underside of a desk using double-sided tape.
14   Q.    And is that why the picture is kind of crummy?
15   A.    Yes.
16   Q.    Okay.  And we'll come back to that in a little bit.
17         I would like to skip back now to Government's Exhibit
18   13.
19         What is that, please?
20   A.    This is a photo of a phone that we recovered right
21   next to Larry Harmon when we executed the search warrant.
22   Q.    Were you able to determine whose phone it was?
23   A.    Yes.
24   Q.    Whose?
25   A.    Larry Harmon.

Case 2:21-cr-00432-BAH Document 10-1 Filed 08/24/21 Page 9 of 12
Case 3:20-mj-01030-RBB Doc #: 13 Filed: 02/25/20 73 of 95. PageID #: 125

73

1     Have you ever seen a neck tie for sale on the dark
2 web?
3 A.    I have not.
4 Q.    And so based on your training and experience, what was
5 Grams used to search for?  If you're searching the
6 marketplace as the Grams wiped, what were you searching for?
7 A.    You were searching for illegal items.
8 Q.    You were asked several questions about whether items
9 had been seized and assets had been seized.
10     Government's Exhibits 11 and 13 are charts,
11 Government's Exhibit 11 being the Google Drive chart and 13
12 the list from the defendant's phone.
13     Have all of the assets that are listed there, those
14 tens of millions of dollars, have those assets already been
15 seized by law enforcement in this investigation?
16 A.    No.
17 Q.    Are there in fact tens of millions of dollars that
18 have not yet been seized in this investigation?
19 A.    Yes.
20 Q.    Switching gears slightly, can a single bitcoin address
21 be stored on multiple devices?
22 A.    Yes.
23 Q.    And in addition to being stored on multiple hardware
24 devices, can that same old bitcoin address also be stored on
25 electronic or soft wallets?

1    not report those assets to Pretrial Services.  You heard
2    substantial evidence that the defendant has access to tens
3    of millions of dollars in cryptocurrency both from that
4    Google Drive spreadsheet on his own Google Drive and the app
5    on his own phone, both showing more than $45 million in
6    assets and neither of which the defendant reported to
7    Pretrial Services.
8         I would note, finally, that this is an out-of-district
9    arrest.  And ultimately the decision of detention would be
10   forwarded to the district court in the District of Columbia,
11   and so that judge ultimately will make the decision.  But
12   obviously as we sit here today, it is this Court's decision.
13        Based on the assets the defendant has, based on his
14   history of travel, based on his false reporting to Pretrial
15   Services, he poses a very real risk of flight.  There are no
16   circumstances, no conditions the Court could put in place
17   that would ensure that he will not flee this community.
18   Therefore, we would ask that he be detained.
19        Thank you.
20             THE COURT:  All right.  Thank you.
21             MR. FLOOD:  Thank you, Your Honor.
22             THE COURT:  Mr. Flood.
23             MR. FLOOD:  At the outset, Your Honor, I would
24   like to point out Mr. Harmon informed Pretrial Services that
25   the government had seized all of his bitcoin.  So it's not

1    listed as an asset there, but it has all been seized by the
2    government.
3         And so, you know, I don't know why the report doesn't
4    reflect that.  But that's what he told Pretrial Services,
5    Your Honor.
6              THE COURT:  Well, there may be a distinction
7    between what he told Pretrial Services and what the facts
8    are.
9              MR. FLOOD:  Right, but the government -- okay.
10   The government has seized, and you heard from the agent, all
11   of these devices from numerous locations.  And they have
12   seized those devices, and you cannot, unless you go a
13   difficult route, you cannot access that money, okay.
14        You need the devices to access the money, unless you
15   go a much different longer harder more difficult route.
16        Okay.  As --
17             THE COURT:  What I did hear the agent testify to
18   was that not all the assets were seized, that he believes
19   that tens of millions of dollars haven't been -- remain that
20   have not been seized.
21             MR. FLOOD:  And I think the reality is, Your
22   Honor, they don't know what's on those devices because
23   they're locked.  So they don't know if there is outstanding
24   assets seized or not, Your Honor.
25             THE COURT:  Okay.  And nor do you.

Case 1:21-cr-00433-BAH Document 10-1 Filed 08/24/21 Page 12 of 12
Case 3:20-mj-01030-KBB Doc #: 13 Filed: 02/25/20 86 of 95. PageID #: 138

86

1           MR. FLOOD:  Nor do I.

2           We have, just for the Court's edification, we have

3    offered to the government to unlock those devices.  And we

4    did so, saying if your concern is that he will, if released,

5    get this money and flee, you may transfer the money into

6    your accounts, like a regular fraud case.

7           We have made that offer to the government, Your Honor.

8           MR. RIEDL:  And to be clear, Your Honor, we

9    accept that offer.  We would happily accept the information.

10          What was offered to us is if he provides you the pins,

11   would you agree to his release.  And the answer there was

12   no.

13          But certainly to the extent he wishes to provide the

14   passwords and the PINs and the information that would allow

15   us to access that bitcoin, we would happily accept that

16   offer.

17          THE COURT:  All right.

18          MR. FLOOD:  And the point is, Your Honor, the

19   whole gist of their motion for detention is the notion that

20   he has access to money and he will, therefore, flee.

21          He's had access to money since this thing shut down,

22   obviously, in 2017 when he -- when it was shut down, not by

23   law enforcement, not by anybody else, but shut down

24   volitionally and voluntarily.

25          Your Honor, I would remind the Court that the default