UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:21-cr-00433-BAH-1 |
| v. ) | |
| ) | |
| GARY JAMES HARMON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Mr. Harmon's Motion for an Extension of Time to Oppose
the Government's Motion for Pretrial Detention**

On August 19, 2021, the Court set a briefing scheduling in this matter that required the government to file its motion for pretrial detention by August 24, 2021, the defense to file its opposition by August 30, 2021, and for the government to file its reply by September 1, 2021. The Court set the matter for a detention hearing on September 9, 2021 at 9:30 am.

*Request:* Mr. Harmon writes to request an extension of time within which to file his opposition papers and in fairness to the government, we ask the Court to adjust the briefing schedule accordingly. The government consents to this request.

*Basis for the request:* Since his August 13, 2021 arrival in this district, Mr. Harmon has had no access to counsel. His unit (SO-2) at the D.C. jail has been in lockdown since Saturday, August 21, 2021. The first time I was able to speak to him was late afternoon yesterday (August 26, 2021), when the lockdown on the SO-2 unit (the quarantined unit), was lifted by the D.C. jail. The next available date for a video conference with an incarcerated individual at the D.C. Jail is September 2, 2021. Communication by phone remain sporadic and unpredictable. In person visits for this unit appear to be medically unsafe.

1

*Relief Sought:* So that I may discuss with Mr. Harmon the government's August 24, 2021, filing and properly prepare for the detention hearing, I respectfully request that the Court permit our office to file a response by September 3, 2021, the government to file its reply by September 6, 2021.

The parties remain available for a detention hearing on September 9, 2021. With apologies, counsel for Mr. Harmon requests that the detention hearing be held at or after 2:00 p.m. on the same day. Unfortunately, counsel for Mr. Harman has as suppression hearing at 9:30 a.m., on another matter (*United States v. Green*, 20 Cr. 00222 (ABJ)), and failed to realize the scheduling conflict at the time the detention hearing was set for oral argument by this Court.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

A. J. Kramer
Federal Public Defender
Office of the Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500