8-19-21

*Leave to file GRANTED*
*[signature] Beryl A. Howell, Chief Judge, United States District Court   Date 9/8/2021*

The honorable Judge Howell
Chief Judge
U.S. District Court
Barrett Prettyman Federal Courthouse
500 Indiana Ave., NW
Washington, D.C. 20001

Dear Chief Judge,

*RECEIVED SEP 0 8 2021 CHAMBERS OF BERYL A. HOWELL U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*

I was first taken in federal custody on the 28th of July. I was detained in Youngstown, OH and then Chickasha, O.K. and now I am being held at the D.C. jail. Since my arrest, I have not been advised on my rights pertaining to my case, and fear that I may have given away rights that I did not intend to had I been properly advised. This includes the hearing just concluded via teleconference with you.

It is not my intention to delay this process at all. I wish to exercise my rights to a speedy trail. Any indication given to you or prior judges did not reflect my intent. Please help correct this situation. Please do not take this letter as an indication of no confidence in my current representation.

Many thanks,
Gary Harman, inmate number 378388 DC Jail.