# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the parties' Joint Motion to Continue Hearing on Pretrial Detention, and for good cause shown, hereby

**IT IS ORDERED**, that the Continued Hearing on Pretrial Detention shall be scheduled for _____, 2021, at _____ a.m./p.m.

**IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. § 3161(h)(1)(D), that the time period from September 14, 2021 until _____ 2021, be excluded from computation of time under the Speedy Trial Act in this case, as the government's Motion for Pretrial Detention is still pending.

Dated this _____ day of September, 2021.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA