# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 21-cr-433 (BAH) |
| | ) |
| **GARY JAMES HARMON,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Sandra Roland on behalf of the defendant, Gary James Harmon, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

SANDRA G. ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Sandra_Roland@fd.org