UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Criminal No. 21-CR-433 (BAH) |
| : | |
| **GARY JAMES HARMON,** : | |
| : | |
| **Defendant** : | |

## NOTICE OF BILL OF PARTICULARS FOR FORFEITURE

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, files this Bill of Particulars for the Forfeiture Allegation in the Indictment.

Upon conviction of the offenses alleged in Counts One through Eight, and upon conviction of the offense alleged in Count Nine, the United States will seek forfeiture of the following specific properties:

1. The real property located at 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113, more particularly described as Situated in the City of Cleveland, County of Cuyahoga and State of Ohio: And Known as being Unit 5 in The Nikolai, a Residential Condominium Development of part of Original Brooklyn Township Lot No. 51, as shown by the plat recorded as Instrument No. 202104120417 of Cuyahoga County Records, and further described by the Declaration of Condominium Ownership and By-Laws as recorded in Instrument No. 202104120416 of Cuyahoga County Records, as may be amended from time to time, be the same more or less, but subject to all legal highways;

2. One 2018 Audi S5 automobile with VIN WAUB4CF5XJA034330;

3. $284,879.88 seized from Huntington National Bank account nos. 03598804579 and 02593237029, in the name of Gary Harmon;

4. Approximately 68.42 in Bitcoin (BTC) (after required fees) seized from BlockFi account act_fiTKqjuo5DvzbyFdxAkRcbki, in the name of Gary Harmon;

5. Approximately 0.00072429 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from iPhone recovered from 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113;

6. Approximately 0.00075574 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from iPhone recovered from 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113;

7. Approximately 0.04915395 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113;

8. Approximately 0.07854295 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113;

9. Approximately 0.0004841 in Bitcoin (BTC) (after required fees) seized from wallets reconstituted using seed words recovered from 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113; and

10. One Chronoswiss Bitcoin watch seized from 3705 Clinton Ave Unit 5, Cleveland, Ohio 44113.

Respectfully submitted,
CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

BY: /s/ Christopher B. Brown
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

/s/ C. Alden Pelker
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov