UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-cr-433 (BAH) |
| ) | |
| GARY JAMES HARMON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender for the District of Columbia hereby informs the Court that Assistant Federal Public Defender Sandra Roland is withdrawing her appearance in this case.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
SANDRA G. ROLAND
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Sandra_Roland@fd.org