UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, with the consent of the defendant, by and through his counsel, respectfully moves this Court to continue the status hearing currently scheduled for January 14, 2022, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from January 14, 2022 until the date of the next status hearing in this case, to be determined by the Court.  In support whereof, the government states as follows:

1. The government has produced voluminous discovery in this case, including more than 600 pages of bank and financial records, witness interviews, FBI and IRS case records, and several hours of jail calls.  Forensic review of the defendant's electronic devices is continuing.

2. The parties respectfully request a continuance of approximately 60 days, until on or about March 11, 2022, to facilitate the discovery process, defendant's review of the discovery, and discussions between the parties regarding possible disposition of this matter short of trial.

3. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from January 14, 2022 until the date of the next status hearing in this case, to be determined by the Court.  This additional period is necessary to allow the defendant to fully review the discovery in the case, and to allow the parties

to engage in discussions regarding possible resolutions of the case. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

4. Counsel for the government has conferred with defense counsel regarding this motion. The defendant consents to the motion to continue and to exclude time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for January 14, 2022 be continued until March 11, 2022 or such date as the Court may determine, and that the time from January 14, 2022 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov