# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3067**  **September Term, 2021**

**1:21-cr-00433-BAH-1**

**Filed On: February 15, 2022** [1935328]

United States of America,

    Appellee

  v.

Gary James Harmon,

    Appellant

## M A N D A T E

In accordance with the judgment of December 20, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

Link to the judgment filed December 20, 2021