UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, with the consent of the defendant, by and through his counsel, respectfully moves this Court to continue the status hearing currently scheduled for March 11, 2022, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from March 11, 2022 until the date of the next status hearing in this case, to be determined by the Court.  In support whereof, the government states as follows:

1. The government has produced voluminous discovery in this case, including more than 600 pages of bank and financial records, witness interviews, FBI and IRS case records, several hours of jail calls, and forensic images of the defendant's electronic devices.

2. The parties respectfully request a continuance of approximately three weeks, until on or about April 1, 2022, to facilitate the discovery process, defendant's review of the discovery, and discussions between the parties regarding possible disposition of this matter short of trial.

3. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from March 11, 2022 until the date of the next status hearing in this case, to be determined by the Court.  This additional period is necessary to allow the defendant to fully review the discovery in the case, and to allow the parties

to engage in discussions regarding possible resolutions of the case. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

4. Counsel for the government has conferred with defense counsel regarding this motion. The defendant consents to the motion to continue and to exclude time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for March 11, 2022 be continued until April 1, 2022 or such date as the Court may determine, and that the time from March 11, 2022 until the date of the next status hearing in this case be excluded from computation under the Speedy Trial Act.

> Respectfully submitted,
>
> MATTHEW M. GRAVES
> UNITED STATES ATTORNEY
> D.C. Bar No. 481052
>
> BY: /s/ Christopher B. Brown
> Christopher B. Brown, D.C. Bar No. 1008763
> Assistant United States Attorney
> U.S. Attorney's Office for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 252-7153
> Christopher.Brown6@usdoj.gov
>
> /s/ C. Alden Pelker
> C. Alden Pelker, Maryland Bar
> Trial Attorney, U.S. Department of Justice
> Computer Crime & Intellectual Property Section
> 1301 New York Ave., N.W., Suite 600
> Washington, D.C. 20005
> (202) 616-5007
> Catherine.Pelker@usdoj.gov