UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :  Criminal No. 21-cr-433 (BAH) |
| | : |
| **GARY JAMES HARMON,** | : |
| | : |
| **Defendant.** | : |

## ORDER

Based upon the representations in the Unopposed Motion To Continue and To Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on June 10, 2022, be continued for good cause to July 8, 2022 at _____ a.m./p.m.; and it is further

**ORDERED** that the time between June 10, 2022 and July 8, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution, additional time to review discovery, and it will provide new defense counsel additional time to familiarize himself with the case.

Dated this _____ day of June, 2022.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA