UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| GARY JAMES HARMON, | : | |
| | : | |
| Defendant. | : | |

## JOINT RESPONSE TO MINUTE ORDER REGARDING TRIAL SCHEDULING

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, respectfully submit the following proposed trial dates and proposed Scheduling Order in response to the Court's July 8, 2022 Minute Order, which directed the parties to provide the Court with "three proposed trial dates, pretrial motion schedule, and whether an evidentiary hearing will be needed."

1. The government estimates that its case-in-chief will require 5-6 trial days. The government anticipates that its prospective witness list will include numerous civilian witnesses who will be testifying pursuant to subpoena. Undersigned counsel for the government are both scheduled to be in a 3-4 week jury trial before Judge Moss beginning January 4, 2023. The Pretrial Conference for that case is scheduled for December 1, 2022.

2. Counsel for the defense has advised that there is a possibility of bringing in *pro bono* counsel, and these prospective *pro bono* counsel are not available prior to January 2023.

3. The parties have conferred and jointly propose the following pretrial motions schedule and trial dates.

4. Proposed Schedule A:

    a. Jury trial to commence on February 20, 2023.

    b. Pretrial Conference on February 6, 2023.

    c. Joint Pretrial Statement due December 14, 2022.

    d. Motions in limine due November 28, 2022; oppositions due December 9, 2022; and replies due December 14, 2022.

    e. Defense motions other than motions in limine, including motions to suppress and motions to dismiss, due September 16, 2022; oppositions due October 7, 2022; and replies due October 14, 2022. The defense does not anticipate that an evidentiary hearing will be required.

5. Proposed Schedule B:

    a. Jury trial to commence on February 27, 2023.

    b. Pretrial Conference on February 13, 2023.

    c. Joint Pretrial Statement due February 3, 2023.

    d. Motions in limine due November 28, 2022; oppositions due December 9, 2022; and replies due December 14, 2022.

    e. Defense motions other than motions in limine, including motions to suppress and motions to dismiss, due September 16, 2022; oppositions due October 7, 2022; and replies due October 14, 2022. The defense does not anticipate that an evidentiary hearing will be required.

6. Proposed Schedule C:

    a. Jury trial to commence on March 27, 2023.

    b. Pretrial Conference on March 10, 2023.

    c. Joint Pretrial Statement due March 1, 2023.

    d. Motions in limine due February 6, 2023; oppositions due February 20, 2023; and replies due March 27, 2023.

e. Defense motions other than motions in limine, including motions to suppress and motions to dismiss, due September 16, 2022; oppositions due October 7, 2022; and replies due October 14, 2022.  The defense does not anticipate that an evidentiary hearing will be required.

WHEREFORE, the parties respectfully request that the Court enter the attached scheduling order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov