UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | **Criminal No. 21-cr-433 (BAH)** |
| : | |
| **GARY JAMES HARMON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the parties' Joint Response to Minute Order Regarding Trial Scheduling, it is hereby,

ORDERED, that jury selection for a Jury Trial in this case is scheduled to commence on _____, 2023, at _____ a.m. / p.m.;

ORDERED, that a Pretrial Conference is scheduled for _____, 2023, at _____ a.m. / p.m.;

ORDERED, that the Joint Pretrial Statement shall be filed by _____, 2023;

ORDERED, that any motions in limine shall be filed by _____, 202_; oppositions to motions in limine shall be filed by _____, 202_; and replies in support of motions in limine shall be filed by _____, 202_; and it is further

ORDERED that any substantive defense motions other than motions in limine shall be filed by September 16, 2022; oppositions to such motions shall be filed by October 7, 2022; and replies in support of such motions shall be filed by October 10, 2022.

Dated this _____ day of July, 2022.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA