UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO VACATE STATUS HEARING
AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Court to vacate the status hearing currently scheduled for August 12, 2022, and to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from August 12, 2022 until the date scheduled for trial in this case. In support whereof, the government states as follows:

1. The government has produced voluminous discovery in this case, including more than 600 pages of bank and financial records, witness interviews, FBI and IRS case records, several hours of jail calls, and forensic images of the defendant's iPhone. The government also provided a reverse proffer for the defense.

2. On July 8, 2022, a status hearing was held in this case. The Court directed the parties to confer regarding trial dates and pretrial deadlines and to file a joint scheduling proposal to the Court. The Court further scheduled a status conference on August 12, 2022 to serve as a control date pending entry of a scheduling order for further proceedings in the case. The Court excluded time under the Speedy Trial Act through August 12, 2022. *See* July 8, 2022 Minute Entry.

3. On July 11, 2022, the parties submitted their joint response proposing trial dates and pretrial deadlines. ECF No. 36. On July 18, 2022, the Court issued an order scheduling jury selection to commence on February 20, 2023 (or February 27, 2023 in the event the earlier date becomes unavailable) and setting pretrial deadlines.[1] *See* July 18, 2022 Minute Order.

4. The parties are prepared to appear at the status hearing on August 12, 2022, but they do not have any substantive business to bring to the Court's attention.

5. Accordingly, the government moves to vacate the August 12, 2022 status hearing.

6. The government further moves, pursuant to 18 U.S.C. § 3161(h)(7)(A), to exclude time under the Speedy Trial Act in the interests of justice from June 10, 2022 until the date scheduled for trial in this case. This additional period is necessary to facilitate the discovery process and the defendant's review of the discovery, and to facilitate discussions between the parties regarding possible disposition of this matter short of trial. Therefore, the government respectfully submits that the ends of justice served by such exclusion would outweigh the best interest of the public and the defendant in a speedy trial.

7. Counsel for the government has conferred with defense counsel regarding this motion. The defendant consents to the motion to vacate and to exclude time under the Speedy Trial Act.

WHEREFORE, the government respectfully moves that the status hearing in this case currently scheduled for August 12, 2022 be vacated, and that the time from August 12, 2022 until the date scheduled for trial in this case be excluded from computation under the Speedy Trial Act.

---

[1] In the parties' scheduling proposal, they inadvertently overlooked that February 20, 2023 is a federal holiday (Presidents' Day), which may necessitate rescheduling jury selection to commence on February 21, 2023.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
        Christopher B. Brown, D.C. Bar No. 1008763
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 252-7153
        Christopher.Brown6@usdoj.gov

        */s/ C. Alden Pelker*
        C. Alden Pelker, Maryland Bar
        Trial Attorney, U.S. Department of Justice
        Computer Crime & Intellectual Property Section
        1301 New York Ave., N.W., Suite 600
        Washington, D.C. 20005
        (202) 616-5007
        Catherine.Pelker@usdoj.gov