**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-cr-433 (BAH)** |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE PRETRIAL DEADLINES**

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, jointly submit the following motion to continue pretrial deadlines:

1.      Pursuant to the Court's July 18, 2022 Minute Order, a Jury Trial is scheduled to begin in this case on February 20, 2023; and a Pretrial Conference is scheduled for February 10, 2023.  In addition, the Court entered the following pretrial deadlines upon consideration of the parties' joint proposal:  by November 28, 2022, the parties shall file any pre-trial motions, including any motions *in limine*, motions to dismiss, or motions to suppress, with any oppositions due by December 9, 2022, and any replies due by December 14, 2022; and by December 14, 2022, the parties shall file their Joint Pretrial Statement.

2.      The parties are engaged in discussions regarding possible disposition of this matter short of trial.  In order to facilitate such discussions, and the parties jointly move the Court to continue the pretrial deadlines in this case as follows:

   a. By December 12, 2022, the parties shall file any pre-trial motions, including any motions *in limine*, motions to dismiss, or motions to suppress, with any oppositions due by December 23, 2022, and any replies due by January 4, 2023.

   b. By January 4, 2023, the parties shall file their Joint Pretrial Statement.

3.       The Pretrial Conference on February 10, 2023, and Jury Trial on February 20, 2023,

will remain unchanged.

4.       Undersigned counsel for the government are both scheduled to be in a 3-4 week

jury trial before Judge Moss, now scheduled to begin on January 9, 2023.

5.       Counsel for the defense consents to the proposed pretrial deadlines and joins in the

motion.

WHEREFORE, the parties respectfully request that the Court enter the attached amended

scheduling order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:     */s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov