UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-433 (BAH)** |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' Joint Motion To Continue Pretrial Deadlines, it is hereby,

ORDERED, that by December 12, 2022, the parties shall file any pre-trial motions, including any motions *in limine*, motions to dismiss, or motions to suppress, with any oppositions due by December 23, 2022, and any replies due by January 4, 2023; and it is further

ORDERED, that by January 4, 2023, the parties shall file their Joint Pretrial Statement.

Dated this _____ day of November, 2022.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA