# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal No. 21-cr-433 (BAH) |
| : | |
| GARY JAMES HARMON, : | |
| : | |
| Defendant. : | |

## SECOND JOINT MOTION TO CONTINUE PRETRIAL DEADLINES

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, jointly submit the following motion to continue pretrial deadlines:

1. Pursuant to the Court's July 18, 2022 Minute Order, a Jury Trial is scheduled to begin in this case on February 20, 2023; and a Pretrial Conference is scheduled for February 10, 2023. Further pursuant to the Court's July 18, 2022 Minute Order, the Court entered deadlines for the submission of any pretrial motions, including any motions *in limine*, motions to dismiss, or motions to suppress; oppositions to such motions; replies; and the parties' Joint Pretrial Statement.

2. On November 16, 2022, the parties filed their first Joint Motion To Continue Pretrial Deadlines, ECF No. 39, and the Court granted the motion, extending deadlines as follows: Pretrial motions, including motions *in limine*, motions to dismiss, or motions to suppress are due on or before December 12, 2022; any opposition are due on or before December 23, 2022; replies, if any, are due on or before January 4, 2023; and the Joint Pretrial Statement is due on or before January 4, 2023.

3. This is the parties' second joint motion to continue pretrial deadlines.

      4.      The parties are engaged in discussions regarding possible disposition of this matter short of trial. In order to facilitate such discussions, and the parties jointly move the Court to continue the pretrial deadlines in this case as follows:

      a. By December 23, 2022, the parties shall file any pre-trial motions, including any motions *in limine*, motions to dismiss, or motions to suppress, with any oppositions due by January 6, 2023, and any replies due by January 18, 2023.

      b. By January 18, 2023, the parties shall file their Joint Pretrial Statement.

      5.      The Pretrial Conference on February 10, 2023, and Jury Trial on February 20, 2023, will remain unchanged.

      6.      The government further informs the Court that undersigned counsel for the government are no longer required to appear in a jury trial before Judge Moss in January 2023, as that trial has been continued until September 2023.

      7.      Counsel for the defense consents to the proposed pretrial deadlines and joins in the motion.

      WHEREFORE, the parties respectfully request that the Court enter the attached amended scheduling order.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

BY:    */s/ Christopher B. Brown*
                Christopher B. Brown, D.C. Bar No. 1008763
                Assistant United States Attorney
                U.S. Attorney's Office for the District of Columbia
                601 D Street, N.W.
                Washington, D.C. 20530
                (202) 252-7153
                Christopher.Brown6@usdoj.gov

                */s/ C. Alden Pelker*
                C. Alden Pelker, Maryland Bar
                Trial Attorney, U.S. Department of Justice
                Computer Crime & Intellectual Property Section
                1301 New York Ave., N.W., Suite 600
                Washington, D.C. 20005
                (202) 616-5007
                Catherine.Pelker@usdoj.gov