UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| GARY JAMES HARMON, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO VACATE OR SUSPEND PRETRIAL DEADLINES

The United States of America, by and through the United States Attorney for the District of Columbia, and the Defendant, by and through his counsel, jointly submit the following motion to vacate or suspend pretrial deadlines:

1. A plea hearing was begun in this case on December 22, 2022, and was continued until January 6, 2023.

2. Pursuant to the Court's July 18, 2022 Minute Order, a Jury Trial is scheduled to begin in this case on February 20, 2023; and a Pretrial Conference is scheduled for February 10, 2023.

3. Pretrial deadlines are currently scheduled in this case as follows: Pretrial motions, including motions *in limine*, motions to dismiss, or motions to suppress are due on or before December 23, 2022; any opposition are due on or before January 6, 2023; replies, if any, are due on or before January 18, 2023; and the Joint Pretrial Statement is due on or before January 18, 2022.

4. The parties have previously filed two motions to continue pretrial deadlines.

5. In light of the continued plea hearing and the likelihood that it will obviate the need for pretrial motions practice, the parties respectfully request that the Court vacate or suspend the deadlines for motions *in limine*, motions to dismiss, or motions to suppress, and any responsive

pleadings. Should it become necessary to reschedule these deadlines, the parties will be prepared to propose a new briefing schedule at the January 6, 2023 hearing.

6. The Pretrial Conference on February 10, 2023, and Jury Trial on February 20, 2023, will remain unchanged.

7. Counsel for the defense joins in the motion.

WHEREFORE, the parties respectfully request that the Court enter the attached order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: /s/ Christopher B. Brown
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

/s/ C. Alden Pelker
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov