UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-433 (BAH) |
| | : | |
| **GARY JAMES HARMON,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

Upon consideration of the parties' Joint Motion To Vacate or Suspend Pretrial Deadlines, it is hereby,

ORDERED, the deadlines currently entered for filing any pre-trial motions, including any motions *in limine*, motions to dismiss, or motions to suppress, oppositions thereto, and replies in support thereof, are hereby VACATED.

Dated this _____ day of December, 2022.

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA