AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Gary Harmon

Defendant

Case No. 21-cr-433 (BAH)

**FILED**
JAN -6 2023
Clerk, U.S. District and
Bankruptcy Courts

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12-6-22

_____
Defendant's signature

_____
Signature of defendant's attorney

Ned Smock
Printed name of defendant's attorney

_____
Judge's signature

BERYL A. HOWELL, CHIEF U.S. DISTRICT JUDGE
Judge's printed name and title