CO 526 Rev. 3/2010

**FILED**

JAN -6 2023

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-cr-433 (BAH)
)
GARY HARMON )
)
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____ Date: December 22, 2022
United States District Judge