Chief Judge Howell

   I want to start off by apologizing for taking the cryptocurrencey related to my brother's case. I know my actions showed disrespect to you and the court. I truly did not mean for this. My actions were stupid, reckless and above all else selfish. I returned all remaining cryptocurrencey to the goverment because I want to accept responsibility, make things right, and move on.
   I have taken time to think about why I did this. Nothing justifies it. I had feelings of resentment towards my brother, I was drinking and using drugs, and I acted completely immaturely. I let my emotions get the better of me and did not use any sense of judgement. I am ashamed of myself. After these last 20 months in jail I have come to realize just how bad and immature my actions were. I wish I could say this happened the moment I got arrested but that would be a lie. At first I was angry and resentful. I have finally let those feelings go and know I am the only one to blame for my actions. During my time I have done a lot of self reflecting and understand I need to change my ways to make sure I never end up incarserated ever again. I am bettering myself mentally and physically every day by reading and exercising. I have started to practice Stoicism and am trying to live a more virtuous life.
   I plan to continue to keep up with my coding skills through having friends and family send me books and

updates on the programming langueges so when I do get released I will still have the skills to reenter the workforce and contribute to society. Thank you for considering my letter. I look forward to seeing you in court April 27th.

*[signature]*