The Honorable Beryl A. Howell

Chief United States District Judge

c/o Office of the Federal Public Defender

625 Indiana Ave. NW, Suite 550

Washington, DC 20004

Dear Chief Judge Howell,

I am Larry Harmon and I am writing this letter on behalf of Gary Harmon, my son.

First I would like to say that I am disappointed in Gary for his actions in this case. But I love him and forgive him and want to help him as much as I can.

I am even more disappointed in myself for not being a better father and preventing this from ever happening.

I am asking you for leniency in sentencing Gary.

Gary is a smart and capable person and could still have a good future ahead of him.

Gary has family and friends that want to help him live a good life.

I would ask that you consider that the temptation Gary was put under was unique and exceptional. He suddenly had millions of dollars available to him without any oversight. Most of us will never be put under such temptation, I never have. And most of us don't really know how we would act. "Lead us not in temptation" is certainly an important prayer. It is highly unlikely that Gary would ever be put in that position again.

Gary has always been helpful to me in maintaining my small family farm. It was my grandparents. Gary helped me cut fallen trees, split wood and mow. As I am getting older I really could use his help more and more.

Respectfully,

*Larry D Harmon*

Larry Harmon

Christy Ruedlinger

February 20, 2023

The Honorable Beryl A. Howell
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave NW Suite 550
Washington, DC 20004

RE: Gary Harmon

Dear Chief Judge Howell,

My name is Christy Ruedlinger, I am a Human Resources Business Manager for Naples Community Healthcare System in Naples, Florida. I met Gary 5 years ago when I began dating my husband, Robert Ruedlinger. Gary and Robert are fraternity brothers and close friends.

In college, Gary was a trusted friend and mentor to Robert. As Robert and I started dating, we moved to Minnesota and then Florida and Gary would come to visit us and stay in our home. During Gary's visits, he would attend our church, volunteered with the church, went to the gym, and other day to day activities. Gary is a kind person with a positive attitude and would make friends wherever we brought him. For weeks after he left, I would hear "Where is Gary?" from friends at the gym and church and employees at the car wash or grocery store.

My husband and I got married last year with an intimate ceremony of 22 people on the beach. It's hard to have special occasions pass such as your wedding without those you love by your side. Even though Gary was incarcerated for our wedding, we called him during the wedding dinner so he could be a part of our special day.

Gary has a community of friends who love and support him. They have supported him through this situation and tried to be in contact despite challenged with communicating with someone who is incarcerated. This community will be there when he gets out to support him and guide him as he navigates back into the real world.

Sincerely,

*Christy Ruedlinger*

Christy Ruedlinger