# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Criminal No. 21-cr-433 (BAH)** |
| : | |
| **GARY JAMES HARMON,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the government's Motion To Dismiss the Indictment, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the original Indictment in this case, ECF No. 1, is dismissed.

Dated this _____ day of April, 2023.

_____
BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE