UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>GARY JAMES HARMON,<br><br>    Defendant.<br><br>BLOCKFI LENDING LLC,<br><br>    Petitioner. | Criminal No.:  21-cr-433 (BAH) |

### AGREED MOTION FOR EXTENSION OF TIME
### TO FILE ANCILLARY PROCEEDING

The United States of America (the "United States"), by and through the United States Attorney for the District of Columbia, and Petitioner BlockFi Lending LLC ("BlockFi"), by and through its counsel (collectively, the "Parties"), jointly submit this Agreed Motion for Extension of Time to File an Ancillary Proceeding, if any, to assert an interest in a portion of the forfeited property and to contest the forfeiture in court.  In support, the Parties state the following:

1.      On May 10, 2021, BlockFi received a Notice of Criminal Forfeiture Action (the "Notice") from counsel for the United States.

2.      The Notice informed BlockFi that this Court had issued a Consent Preliminary Order of Forfeiture against, among other things, 68.42399926 Bitcoin (BTC) seized from BlockFi account act_fiTKqjuo5DvzbyFdxAkRcbki, in the name of Gary Harmon (Asset ID 21-IRS-000941).

3.      The Notice also stated that "[a]ny party who intends to assert an interest in any defendant property and contest the forfeiture in court must file an Ancillary Petition in the United States District Court, District of Columbia, 333 Constitution Avenue, NW, Washington, D.C.

20001 under case title listed above, 1:21-CR-00433-BAH, within 30 days of your receipt of this Notice, pursuant to 21 U.S.C. § 853(n)(2)."

4. BlockFi believes it has a possessory interest in part of the property seized by virtue of BlockFi's status as a lienholder and bona fide purchaser. As a result, BlockFi intends to assert its interest and may seek amendment of the order of forfeiture by filing an Ancillary Petition with this Court.

5. BlockFi's current deadline to file to an Ancillary Petition is June 9, 2023.

6. The Parties are engaged in discussions that may facilitate a more efficient resolution of this matter and respectfully request the Court grant a two-week extension of time during which the Parties may continue those discussions and, if necessary, BlockFi may file an Ancillary Proceeding, before or on June 23, 2023.

7. BlockFi's counsel conferred with counsel for the United States, and counsel for the United States agreed that extending BlockFi's deadline to file an Ancillary Petition would promote the interests of justice and could facilitate a more efficient resolution of this matter.

WHEREFORE, the Parties respectfully request that the Court enter an Order extending BlockFi's deadline to June 23, 2023 to file an Ancillary Proceeding, if any, to assert an interest in a portion of the forfeited property and contest the forfeiture in Court, and for all other relief to which they may be entitled.

Dated: June 9, 2023                              Respectfully submitted,

*/s/ Christopher B. Brown*
Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

*/s/ C. Alden Pelker*
C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
1301 New York Ave., N.W., Suite 600
Washington, D.C. 20005
(202) 616-5007
Catherine.Pelker@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA


*/s/ Greg Van Houten*
Greg Van Houten
DC Bar No. 1032731
greg.vanhouten@haynesboone.com
HAYNES AND BOONE, LLP
800 17th Street NW
Suite 500
Washington, D.C. 20006
Tel: (202) 654-4500
Fax: (202) 654-4501

ATTORNEY FOR PETITIONER BLOCKFI LENDING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via the ECF System on this 9th day of June, 2023.

>/s/ Greg Van Houten
>Greg Van Houten

4