UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal No.: 21-cr-433 (BAH) |
| **GARY JAMES HARMON,** | |
| Defendant. | |
| **BLOCKFI LENDING LLC,** | |
| Petitioner. | |

**ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME TO FILE ANCILLARY PROCEEDING**

Pending before the Court is the Agreed Motion for Extension of Time to File an Ancillary Proceeding filed jointly by the United States of America, by and through the United States Attorney for the District of Columbia, and Petitioner BlockFi Lending LLC ("BlockFi"). Having considered the motion, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that BlockFi's deadline to file an Ancillary Proceeding to assert an interest in a portion of the forfeited property and contest the forfeiture in court is extended to June 23, 2023.

Dated this _____ day of June, 2023

_____
BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1

Pursuant to LCrR 47, the attorneys listed below are entitled to be notified of the entry of this Order:

Edward Smock
Office of the Federal Public Defender
District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500
ned_smock@fd.org

Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W., Suite 5.1527
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 616-5007
Catherine.Pelker@usdoj.gov