UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.:  21-cr-433 (BAH) |
| GARY JAMES HARMON, | |
| Defendant. | |
| BLOCKFI LENDING LLC, | |
| Petitioner. | |

### NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of the Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court.  Please enter my appearance in this matter as counsel for Petitioner BlockFi Lending LLC ("BlockFi").

BlockFi believes it has a possessory interest in part of the property seized from Defendant and correspondingly is assessing whether to file an Ancillary Proceeding with this Court. BlockFi's current deadline to file to an Ancillary Petition is June 9, 2023, but because the United States of America and BlockFi are engaged in discussions that may facilitate a more efficient resolution of this matter, BlockFi intends to request that the Court extend the deadline two-weeks, to June 23, 2023.  To facilitate the above, undersigned counsel seeks to enter an appearance in this matter.

*     *     *

Dated: June 9, 2023

Respectfully submitted,

*/s/ Greg Van Houten*
Greg Van Houten
DC Bar No. 1032731
greg.vanhouten@haynesboone.com
HAYNES AND BOONE, LLP
800 17th Street NW
Suite 500
Washington, D.C. 20006
Tel: (202) 654-4500
Fax: (202) 654-4501

ATTORNEY FOR PETITIONER
BLOCKFI LENDING, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the following counsel via the ECF System on this 9th day of June 2023:

Edward Smock
Office of the Federal Public Defender
District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, DC 20004
(202) 208-7500
ned_smock@fd.org

Christopher B. Brown, D.C. Bar No. 1008763
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W., Suite 5.1527
Washington, D.C. 20530
(202) 252-7153
Christopher.Brown6@usdoj.gov

C. Alden Pelker, Maryland Bar
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 616-5007
Catherine.Pelker@usdoj.gov

*/s/ Greg Van Houten*
Greg Van Houten